FILED

02/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0052

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

**CASE NO. OP 24-0052**

---

MONTANANS SECURING REPRODUCTIVE RIGHTS and SAMUEL
DICKMAN, M.D.,

        Petitioners,

                v.

AUSTIN KNUDSEN, in his official capacity as MONTANA ATTORNEY
GENERAL; and CHRISTI JACOBSEN, in her official capacity as MONTANA
SECRETARY OF STATE,

        Respondents.

---

**ORDER GRANTING LEAVE TO FILE REPLY**

---

Upon consideration of Petitioners' Motion for Leave to File Reply in support of their Petition,

IT IS ORDERED that the motion to file Reply is GRANTED.

IT IS FURTHER ORDERED that the Reply shall not to exceed 1,500 words and shall be filed and served by February 9, 2024.

The Clerk is directed to provide copies of this Order to all counsel of record in this matter.

1

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
February 7 2024